mand to the agency for further determinations on an open record regarding how often Pierce is debilitated by depression or a manic episode. *See Connett v. Barnhart,* 340 F.3d 871, 876 (9th Cir.2003). The ALJ may take more evidence if it would be useful, but is not required to do so.

3. The remainder of the ALJ's adverse credibility determination is affirmed.

Each party shall bear its own costs on appeal.

**AFFIRMED IN PART, REVERSED AND REMANDED IN PART.**

Before: GOULD and RAWLINSON, Circuit Judges, and LEMELLE, District Judge.[*]

### ORDER

The mandate issued on December 13, 2013, is hereby recalled.

The unopposed request for publication is granted, and the Memorandum Disposition filed on November 20, 2013, is withdrawn. The withdrawn memorandum disposition is replaced and superseded by the attached opinion.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Javier MONTES–RUIZ, Defendant– Appellant.**

**No. 12–50398.**

United States Court of Appeals, Ninth Circuit.

March 21, 2014.

Carlos Arguello, II, Esquire, Assistant U.S., James Peter Melendres, Assistant U.S., Office of The U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Devin Burstein, Devin Burstein, Esq., San Diego, CA, for Defendant–Appellant.

**Francisco CORTEZ, Plaintiff– Appellant,**

v.

**UNITED STATES of America, Defendant–Appellee.**

**No. 12–56924.**

United States Court of Appeals, Ninth Circuit.

March 21, 2014.

Keith H. Rutman, Law Offices of Keith H. Rutman, San Diego, CA, for Plaintiff–Appellant.

Samuel William Bettwy, Assistant U.S., Caroline J. Clark, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Defendant–Appellee.

[*] The Honorable Ivan L.R. Lemelle, District Judge for the U.S. District Court for the Eastern District of Louisiana, sitting by designation.